**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JEREMY D. MCMILLIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV960-DJS |
| | ) | |
| MISSISSIPPI LIME CO., | ) | |
| | ) | |
| Defendant. | ) | |

<u>**ORDER OF DISMISSAL**</u>

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiff Jeremy D. McMillian's claim of discrimination based on disability is dismissed as untimely.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff Jeremy McMillian's claims of discrimination based on age and gender are dismissed for failure to exhaust administrative remedies.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all claims of unlawful retaliation asserted in the complaint, other than Workers' Compensation retaliation, are dismissed for failure to state a claim.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff Jeremy McMillian's claim of Workers' Compensation

retaliation is dismissed without prejudice because the Court declines to exercise supplemental jurisdiction over that claim.

Dated this   18th   day of December, 2007.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE